IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** <br> **NO. 07-709** |
| v. | |
| **STANLEY RODRIGUEZ** | **CIVIL ACTION** <br> **NO. 13-4818** |

# O R D E R

**AND NOW**, this 19th day of March, 2015, upon consideration of Defendant's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 (Document No. 207, filed August 19, 2013); Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 208, filed August 19, 2013); and the related submissions of the parties, for the reasons stated in the accompanying Memorandum dated March 19, 2015, **IT IS ORDERED** as follows:

1. Defendant's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33 is **DENIED**;

2. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is **DENIED**;

3. Defendant's request for an evidentiary hearing with respect to his claims under Federal Rule of Criminal Procedure 33 and 28 U.S.C. § 2255 is **DENIED**;

4. A certificate of appealability **WILL NOT ISSUE** because reasonable jurists would not debate this Court's decision that defendant's § 2255 Motion does not state valid claims of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

 /s/ Hon. Jan E. DuBois 
**DuBOIS, JAN E., J.**